UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| SIERRA CLUB, NATURAL RESOURCES COUNCIL OF MAINE, and APPALACHIAN MOUNTAIN CLUB,<br><br>　　　　Plaintiffs<br><br>　v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*,<br><br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　　No. 2:20-cv-00396-LEW<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

The matter is before the Court on Plaintiffs' Complaint and Motion for Preliminary Injunction requesting that the Court, inter alia, enjoin Central Maine Power Company's commencement of construction on the so-called CMP Corridor. Plaintiff's Motion for Preliminary Injunction is **RESERVED** pending briefing and hearing.

The matter also arises on Central Maine Power Company's (CMP's) Motion to Intervene (ECF No. 11) and the Joint Motion by Plaintiffs and Defendants to expedite the briefing schedule and increase page limits (ECF No. 17).

CMP's Motion to Intervene (ECF No. 11) is **GRANTED**. Intervenor CMP opposes Plaintiff's request for an expedited briefing cycle. At the same time, Intervenor CMP states it is unwilling to delay construction activity beyond December 4, 2020. Intervenor CMP's position that Plaintiffs have unreasonably timed this action is neither persuasive nor helpful

given that the Corps only recently revised (i.e., deleted) a special condition in its permit that was holding up construction. Moreover, there is no apparent reason why Intervenor CMP cannot meet an expedited briefing schedule that is compelled by its own refusal to delay construction. Accordingly, the Joint Motion for expedited briefing and an extension of page limits (ECF No. 17) is **GRANTED** in substance. The briefing schedule is as follows:

Defendants' and Intervenor's response deadline is November 25, 2020. Defendants are permitted to submit one brief of up to 35 pages. Intervenor is permitted to submit one brief of up to 21 pages.

Plaintiffs' Reply deadline is December 2, 2020. Plaintiffs may submit one reply brief of up to 14 pages.

The Court will conduct a hearing, by video conference, on December 2, 2020. The Parties will submit witness and exhibit lists by November 27, 2020.

The answer deadline is 21 days from the date of this Order.

**SO ORDERED.**

Dated this 13th day of November, 2020

                                                /s/ Lance E. Walker
                                                UNITED STATES DISTRICT JUDGE