Susan Ely, Maine Bar # 005087
Natural Resources Council of Maine
3 Wade Street
Augusta, ME 04330
(207) 430-0175
sely@nrcm.org

Kevin Cassidy (*pro hac vice*)
MA Bar No. 681301
Earthrise Law Center
P.O. Box 445
Norwell, MA 02061
(781) 659-1696
cassidy@lclark.edu

Lia Comerford (*pro hac vice*)
Oregon Bar No. 141513
Earthrise Law Center
10101 S. Terwilliger Blvd.
Portland, OR 97236
(503) 768-6823
comerfordl@lclark.edu

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **SIERRA CLUB, et al.,** | CIVIL NO. 2:20-CV-00396-LEW |
| Plaintiffs, | |
| v. | **NOTICE OF APPEAL** |
| **UNITED STATES ARMY CORPS OF ENGINEERS, et al.,** | |
| Defendants, | |
| and | |
| **CENTRAL MAINE POWER COMPANY,** | |
| Intervenor Defendant. | |

Plaintiffs Sierra Club, Natural Resources Council of Maine, and Appalachian Mountain Club now appeal the Court's Order on Motion to Supplement or Amend Complaint and Motion for Preliminary Injunction, entered December 16, 2020 (Dkt. 42), to the United States Court of Appeals for the First Circuit. Plaintiffs are only appealing the portion of the Order denying Plaintiffs' motion for a preliminary injunction.

Respectfully submitted this 21st day of December, 2020.

/s/ Susan Ely
Susan Ely
Maine Bar # 005087
Natural Resources Council of Maine
3 Wade Street
Augusta, ME 04330
(207) 430-0175
sely@nrcm.org

/s/ Kevin Cassidy
Kevin Cassidy
(*pro hac vice*)
Earthrise Law Center
P.O. Box 445
Norwell, MA 02061
(781) 659-1696
cassidy@lclark.edu

/s/ Lia Comerford
Lia Comerford
(*pro hac vice*)
Earthrise Law Center
10101 S. Terwilliger Blvd.
Portland, OR 97236
(503) 768-6823
comerfordl@lclark.edu

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2020, I electronically filed this NOTICE OF APPEAL with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Susan Ely, Lia Comerford,** Counsel for Plaintiffs

**Jacob Ecker, Kristofor Swanson, and Benjamin Carlisle,** Counsel for Defendants

**Joshua Dunlap, Lisa Gilbreath, Matthew Manahan,** Counsel for Potential Intervenor

/s/ Kevin Cassidy
Kevin Cassidy (*pro hac vice*)
Earthrise Law Center
P.O. Box 445
Norwell, MA 02061
(781) 659-1696
cassidy@lclark.edu

*Attorney for Plaintiffs*