# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name   Sierra Club, et al. v. U.S. Army Corps of Engineers, et al.
District Court Case No.  20-cv-00396             District of  Maine
Date Notice of Appeal filed  12/21/2020         Court of Appeals Case No.  20-2195
Form filed on behalf of   All Plaintiffs-appellants (Sierra Club, Natural Resources Council of Maine, Appalachian Mountain Club)

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal  _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)  _____

## TRANSCRIPT ORDER

Name of Court Reporter  Julie Edgecomb
Phone Number of Reporter  207-945-5856

A.  _____  **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify ) Publicover, Kish | 12/2/2020 |
| ☐ Other (specify) Preliminary injunction hearing | 12/2/2020 |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.  _____  **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name   Kevin Cassidy                    Filer's Signature   s/ Kevin Cassidy
Firm/Address   Earthrise Law Center, PO Box 445, Norwell, MA    Filer's Email address   cassidy@lclark.edu
Telephone number   781-659-1696                Date mailed to court reporter   12/29/2020

(Court Reporter Use ONLY) Date received   12/18/2020

Form CA1-10 (6/09/09)                                              SEE INSTRUCTIONS ON REVERSE

# CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2020, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

**Amelia G. Yowell**, attorney for Defendant-Appellee U.S. Army Corps of Engineers, Colonel John A. Atilano, II, and Jay L. Clement

**Matthew D. Manahan and Joshua D. Dunlap,** attorneys for Intervenor-Appellee Central Maine Power Company

/s/ Kevin Cassidy
Kevin Cassidy
Earthrise Law Center
P.O. Box 445
Norwell, MA 02061
(781) 659-1696
cassidy@lclark.edu

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Susan Ely, Lia Comerford,** Counsel for Plaintiffs

**Jacob Ecker, Kristofor Swanson, and Benjamin Carlisle,** Counsel for Defendants

**Joshua Dunlap, Lisa Gilbreath, Matthew Manahan,** Counsel for Intervenor Defendant.

/s/ Lia Comerford
Lia Comerford (*pro hac vice*)
Earthrise Law Center
10101 S. Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6823
email: comerfordl@lclark.edu

*Attorney for Plaintiffs*