UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| SIERRA CLUB, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | 2:20-cv-00396-LEW |
| | ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) ) | |
| | ) | |
| Defendants | ) | |

**PROCEDURAL ORDER**

On February 26, 2021, the Court convened a telephonic conference to discuss the parties' status reports and proposed scheduling orders. (ECF Nos. 63 and 64.) After consideration of the parties' submissions, for the reasons stated on the record, the Court orders:

1. In the event a party intends to move to amend the pleadings or join a party, on or before March 19, 2021, the party shall notify the other parties of said intent.

2. If a party has provided the required notice, the party shall move for the joinder of parties and amendment of pleadings by March 26, 2021.

3. Plaintiffs and Intervenor-Defendant shall identify and communicate to Federal Defendants any issues regarding completeness of the record and/or any requests for the admission of extra-record evidence by March 26, 2021.

4. Federal Defendants shall respond to any issues raised by Plaintiffs or Intervenor-Defendant regarding the contents of the administrative record and the admission of extra-record evidence by April 9, 2021.

5. Federal Defendants shall file a certified list of the contents of the administrative record by April 28, 2021.

6. The Court will convene a telephone conference on April 20, 2021, at 10:00 a.m. to discuss the future course of the case.

## NOTICE

Any objections to this Order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 26th day of February, 2021.