UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| SIERRA CLUB, et al | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:20-cv-00396-LEW |
| | ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al | ) | |
| | ) | |
| | ) | |
| Defendants, | ) | |

JUDGMENT

In accordance with the Order on Cross Motions for Summary Judgment on the Administrative Record entered by Chief U.S. District Judge Lance E. Walker on March 31, 2025,

JUDGMENT is hereby entered for the Defendants, United States Army Corps of Engineers, Colonel John A. Atilano II, United States Department of Energy, Central Maine Power Company and NECEC Transmission LLC and against the Plaintiffs, Sierra Club, Natural Resources Council of Maine and Appalachian Mountain Club

CHRISTA K. BERRY
CLERK


By:   /s/ Charity Pelletier
Deputy Clerk


Dated: March 31, 2025