Catherine Barton Johnson
P.O. Box 551
Alna, ME 04535
(207) 586-5706
cjohnson@tidewater.net

Kevin Cassidy (*pro hac vice*)
Earthrise Law Center
P.O. Box 445
Norwell, MA 02061
(781) 659-1696
cassidy@lclark.edu

Haley Nicholson (*pro hac vice*)
PUBLIC JUSTICE
1620 L Street, NW, Suite 630
Washington, DC 20036
(916) 932-6748
hnicholson@publicjustice.net

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **SIERRA CLUB, NATURAL RESOURCES COUNCIL OF MAINE,** and **APPALACHIAN MOUNTAIN CLUB,**<br><br>                Plaintiffs,<br>v.<br><br>**UNITED STATES ARMY CORPS OF ENGINEERS,** an agency of the United States government, **COLONEL JOHN A. ATILANO II**, Commander and District Engineer, in his official capacity, and **UNITED STATES DEPARTMENT OF ENERGY,** an agency of the United States government,<br><br>                Defendants, and<br><br>**CENTRAL MAINE POWER COMPANY** and **NECEC TRANSMISSION LLC,**<br><br>                Intervenor Defendants. | CIVIL NO. 2:20-cv-00396-LEW<br><br>**NOTICE OF APPEAL** |

Plaintiffs Sierra Club, Natural Resources Council of Maine, and Appalachian Mountain Club now appeal the Court's March 31, 2025 Order and Judgment on Cross Motions for Summary Judgment (ECF Nos. 215, 216), the Court's September 26, 2023 Order on Objections (ECF No. 155), and the Court's January 9, 2024 Order on Motion (ECF No. 169) to the United States Court of Appeals for the First Circuit.

Respectfully submitted this 28th day of May, 2025.

/s/ *Catherine B. Johnson*
Catherine B. Johnson
P.O. Box 551
Alna, ME  04535
207-586-5706
Maine Bar #002758

/s/ *Kevin Cassidy*
Kevin Cassidy
(*pro hac vice*)
Earthrise Law Center
P.O. Box 445
Norwell, MA 02061
(781) 659-1696
cassidy@lclark.edu

Haley Nicholson
(*pro hac vice*)
PUBLIC JUSTICE
1620 L Street, NW, Suite 630
Washington, DC 20036
(916) 932-6748
hnicholson@publicjustice.net

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 28, 2025, I electronically filed this NOTICE OF APPEAL with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Kevin Cassidy  
Kevin Cassidy (pro hac vice)  
Earthrise Law Center  
P.O. Box 445  
Norwell, MA 02061  
(781) 659-1696  
cassidy@lclark.edu

*Counsel for Plaintiffs*

2